Clarence M. Belnavis, OSB No. 942463
cbelnavis@fisherphillips.com
Stephen M. Scott, OSB No. 134800
smscott@fisherphillips.com
Stephan Kendall, OSB No. 215359
skendall@fisherphillips.com
FISHER & PHILLIPS LLP
111 SW Fifth Avenue, Suite 4040
Portland, Oregon 97204
(503) 242-4262 Telephone
(503) 242-4263 Facsimile

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| WENDY LYNN JOHNSON,<br><br>                              Plaintiff,<br><br>      v.<br><br>WALMART INC., and WALMART #2243, foreign corporations,<br><br>                              Defendants. | Case No. 6:23-cv-00902<br><br>**DEFENDANT WALMART INC.'S NOTICE OF REMOVAL**<br><br>Deschutes County Circuit Court Case No. 23CV19957<br><br>DEMAND FOR JURY TRIAL |

**TO:**        The United States District Court for the District of Oregon, Portland Division

**AND TO:**    Plaintiff and her Attorney Kevin Coralan, Coralan Law, PC,
               965 SW Emkay Dr., Ste. 200, Bend, Oregon  97702

/ / /

/ / /

Page 1    DEFENDANT WALMART INC.'S NOTICE OF
          REMOVAL

FP 47300121.1

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendants Walmart Inc. and Walmart #2243 ("Defendant" or "Walmart")[1], hereby remove Case No. 23CV19957 from the Deschutes County Circuit Court for the State of Oregon (the "State Court Action") to the United States District Court for the District of Oregon, Eugene Division ("Notice of Removal"). Removal is proper for the following reasons:

## THE REMOVED ACTION

1.      On or about May 12, 2023, Plaintiff Wendy Lynn Johnson ("Plaintiff") filed a civil complaint ("Complaint") against Defendant in the State Court Action, Case No. 23CV19957.

2.      On May 24, 2023, Defendant Walmart Inc. was served with the Complaint and Summons. Pursuant to 28 U.S.C. § 1446(a), copies of the Complaint and Summons are attached as Exhibit A to the Declaration of Stephan Kendall ("Kendall Decl."). These documents, taken together, constitute all process, pleadings, and orders served on Defendant. 28 U.S.C. § 1446(a).

3.      No further proceedings have been had in the State Court Action as of the date of filing of this removal.

## THE NOTICE OF REMOVAL IS TIMELY FILED

4.      In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is timely filed having been filed within 30 days after receipt by Defendant of the Complaint, from which it was first ascertained that the case is removable.

## BASIS FOR DIVERSITY JURISDICTION

5.      On information and belief, Plaintiff Wendy Lynn Johnson is a resident of Deschutes County, Oregon. (Exhibit A to Kendall Decl., ¶ 3.)

---

[1] The correct entity for Plaintiff's former employer is "Walmart Inc." Accordingly, the additional named defendant, Walmart #2243, is incorrectly identified.

Page 1    DEFENDANT WALMART INC.'S NOTICE OF REMOVAL

**FISHER & PHILLIPS LLP**
111 SW Fifth Avenue, Suite 4040
Portland, Oregon 97204
(503) 242-4262

6.      Defendant Walmart Inc. is foreign corporation, incorporated in Delaware and with a principal place of business in Bentonville, Arkansas.

7.      The amount in controversy in the present case exceeds $75,000. (*Id*., ¶ 42.)

8.      Pursuant to 28 U.S.C. § 1332, removal is appropriate because there is complete diversity of parties and the amount in controversy exceeds $75,000.

## CONSENT

9.      Defendant consents to removal.

## VENUE

10.     Venue is proper in the United States District Court for the District of Oregon, Eugene Division, because this Court is the federal judicial district embracing the Deschutes County Circuit Court for the State of Oregon, in which the lawsuit was originally filed. *See* 28 U.S.C. § 117. Accordingly, Defendant is entitled to remove this action to the United States District Court for the District of Oregon, Eugene Division, pursuant to the provisions of 28 U.S.C. § 1441(a) and according to the procedure in 28 U.S.C. § 1446.

## NOTICE OF REMOVAL

11.     Defendant will give notice of the filing of this Notice of Removal to Plaintiff and to the Clerk of the Deschutes County Circuit Court for the State of Oregon, Case No. 23CV19957 in accordance with 28 U.S.C. § 1446(d). This Notice of Removal is concurrently being served on Plaintiff.

/ / /

/ / /

/ / /

/ / /

Page 1    DEFENDANT WALMART INC.'S NOTICE OF
          REMOVAL

**FISHER & PHILLIPS LLP**
111 SW Fifth Avenue, Suite 4040
Portland, Oregon 97204
(503) 242-4262

FP 47300121.1

WHEREFORE, Defendant hereby removes this matter, now pending in the Deschutes County Circuit Court for the State of Oregon as Case No. 23CV19957, to the United States District Court for the District of Oregon, Eugene Division.

DATED this 21st day of June, 2023.                    FISHER & PHILLIPS LLP

<div style="margin-left:50%">

s/ Clarence M. Belnavis
Clarence M. Belnavis, OSB No. 942463
cbelnavis@fisherphillips.com
Stephen M. Scott, OSB No. 134800
smscott@fisherphillips.com
Stephan Kendall, OSB No. 215359
skendall@fisherphillips.com
111 SW Fifth Avenue, Suite 4040
Portland, Oregon 97204
(503) 242-4262 Telephone
(503) 242-4263 Facsimile

*Attorneys for Defendant*

</div>

Page 1    DEFENDANT WALMART INC.'S NOTICE OF REMOVAL

FP 47300121.1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies under the laws of the state of Oregon that on the date written below, I caused a true and correct copy of the foregoing document, **DEFENDANT WALMART INC.'S NOTICE OF REMOVAL**, to be served on the following counsel, via the method indicated:

Kevin Carolan                                          Via CM/ECF
Carolan Law, PC
965 SW Emkay Dr., Ste. 200
Bend, OR  97702
kevin@carolanlaw.com

*Attorneys for Plaintiff*

Executed June 21, 2023, at Portland, Oregon.

s/ Clarence M. Belnavis
Clarence M. Belnavis, OSB No. 942463
Stephen M. Scott, OSB No. 134800
Stephan Kendall, OSB No. 215359
*Attorneys for Defendant*

**FISHER & PHILLIPS LLP**
111 SW Fifth Avenue, Suite 4040
Portland, Oregon 97204
(503) 242-4262

FP 47300121.1